## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:20-CV-20132-CMA

Plaintiff:
**EDDIE I. SIERRA**

vs.

Defendant:
**UNION INSTITUTE & UNIVERSITY, INC.,**
**a foreign non-profit corporation,**

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by CIVIL PROCESS, LLC on the 13th day of January, 2020 at 4:00 pm to be served on **Union Institute & University, Inc., a Foreign Non-Profit Corporation, Registered Agent: Jay Marc Keehn, 4601 Sheridan Street, Suite 400, Hollywood, FL 33021.**

I, Francisco Colon, do hereby affirm that on the **14th day of January, 2020** at **4:10 pm, I:**

**SERVED the within named CORPORATION,** by delivering a **SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A, EXHIBIT B and PRESERVATION LETTER** with the date and hour of service endorsed thereon by me to **Keisha Burke** as **Supervisor/Advisor at 4601 Sheridan Street, Suite 400, Hollywood, FL 33021 in compliance with Florida Statutes**

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made. No Notary Required Pursuant To F.S. 92.525(2)

Francisco Colon
S.A.P.S. #593

CIVIL PROCESS, LLC
7350 N.W. 77th Street
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2020000026
Ref: Sierra v. Union Institute & University,

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n